Order Filed on May 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association , as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset Backed- Certificates, Series 2007-HE6 | |
| In Re:<br><br>Anthony Cecala Sr.<br><br>Debtor. | Case No.: 18-12639 KCF<br>Adv. No.:<br>Hearing Date: 5/23/18 @10:00 a.m.<br><br>Judge: Kathryn C. Ferguson |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 29, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Anthony Cecala Sr.
Case No.: 18-12639 KCF
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Attorneys for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association , as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset Backed- Certificates, Series 2007-HE6, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, Anthony Cecala Sr., and for good cause having been shown;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by October 31, 2018, or as extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to pre- or post-petition arrears in the event a loan modification is unsuccessful; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event loss mitigation is unsuccessful, Debtor will file a modified plan to otherwise address this claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to disburse on this claim while LMP is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Cecala, Sr.  
      Debtor

Case No. 18-12639-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 29, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db          +Anthony Cecala, Sr.,    31 Metedeconk Road,    Howell, NJ 07731-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:  
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       James J. Cerbone    on behalf of Debtor Anthony   Cecala, Sr. cerbonelawfirm@aol.com  
       Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
        rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 5