UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY CECALA SR

Case No.: 18-12639

Hearing Date: _____

Judge: KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____200.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Cecala, Sr.  
    Debtor

Case No. 18-12639-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2018  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.  
db          +Anthony Cecala, Sr.,    31 Metedeconk Road,    Howell, NJ 07731-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:  
            Albert  Russo    docs@russotrustee.com  
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            James J. Cerbone    on behalf of Debtor Anthony  Cecala, Sr. cerbonelawfirm@aol.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
             rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 5