| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| PELLEGRINO & FELDSTEIN, LLC<br>Denville, Law Center<br>290 Route 46 West<br>Denville, New Jersey 07834<br>(973) 586-2300<br>ATTORNEYS FOR MOVANT: TTLBL, LLC | Order Filed on November 7, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>Anthony Cecala, Sr. | CASE NO. 18-12639-KCF<br><br>CHAPTER 13<br><br>HEARING DATE: October 24, 2018 |

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

DATED: November 7, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Anthony Cecala, Sr.

Case No: 18-12639-KCF

Caption of Order: CONSENT ORDER

    Upon motion of TTLBL, LLC under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Tax Sales Certificate No. 20160098 on premises known as 31 Metedeconk Road, Howell, NJ 07731, it is hereby

    ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

    It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein  
DEBORAH FELDSTEIN, ESQ.  
ATTORNEY FOR  
TTLBL, LLC

BY:/s/James J. Cerbone  
JAMES J. CERBONE, ESQ.  
ATTORNEY FOR DEBTOR