UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: TTLBL, LLC

IN RE:
Anthony Cecala, Sr.

Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO. 18-12639-KCF

CHAPTER 13

HEARING DATE: October 24, 2018

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

DATED: November 7, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Anthony Cecala, Sr.

Case No: 18-12639-KCF

Caption of Order:  CONSENT ORDER


Upon motion of TTLBL, LLC under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Tax Sales Certificate No. 20160098 on premises known as 31 Metedeconk Road, Howell, NJ 07731, it is hereby

ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.


HEREBY AGREED AND CONSENTED TO BY:

 PELLEGRINO & FELDSTEIN, LLC


BY:/s/Deborah Feldstein                          BY:/s/James J. Cerbone
DEBORAH FELDSTEIN, ESQ.                    JAMES J. CERBONE, ESQ.
ATTORNEY FOR                                       ATTORNEY FOR DEBTOR
TTLBL, LLC

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12639-KCF
Anthony Cecala, Sr.                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 08, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db            +Anthony Cecala, Sr.,    31 Metedeconk Road,    Howell, NJ 07731-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Deborah T. Feldstein   on behalf of Creditor   TTLBL, LLC dfeldstein@caplaw.net
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        James J. Cerbone   on behalf of Debtor Anthony  Cecala, Sr. cerbonelawfirm@aol.com,
         cerbonejr83307@notify.bestcase.com
        Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
         rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                          TOTAL: 6