Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−12639−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Cecala Sr.
   31 Metedeconk Road
   Howell, NJ 07731

Social Security No.:
   xxx−xx−6424

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/30/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2019
JAN: slf

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-12639-KCF
Anthony Cecala, Sr.                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 30, 2019
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db         +Anthony Cecala, Sr.,    31 Metedeconk Road,    Howell, NJ 07731-2931
517326508  +American Heart Center PC,    PO Box 1207,    Neptune, NJ 07754-1207
517326509  +Bruce R Rosenblum MD PC,    160 Avenue At the Common- Suite 2,    Shrewsbury, NJ 07702-4570
517341806  +Citizens Bank N.A.,     1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
517326510  +Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
517326511   Howell Twp Police Dept Ems,    PO Box 207,    Allentown, PA 18105-0207
517326512  +Jersey Shore IP-Meridian Health Systems,    Attn: Certified Credit & Collection,    PO Box 1750,
             Whitehouse Station, NJ 08889-1750
517476596   Jersey Shore University Hospital,    CCCB,    POB 1750,    Whitehouse Station, NJ  08889-1750
517326515  #+McCalla Raymer Leibert Pierce LLc,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517326516  +Monmouth Ocean Hospital Service,    4806 Megill Road Suite 3,    Neptune, NJ 07753-6926
517326518  +Specialized Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
517891365  +TTLBL, LLC,    c/o Pellegrino & Feldstein,    290 Route 46 West,    Denville, NJ 07834-1239
517464977  +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 23:34:23      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 23:34:20      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517367175   EDI: GMACFS.COM May 31 2019 03:08:00      Ally Capital,    PO Box 130424,
             Roseville MN 55113-0004
517326507  +EDI: GMACFS.COM May 31 2019 03:08:00      Ally Financial,    PO Box 380901,
             Minneapolis, MN 55438-0901
517326514  +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org May 30 2019 23:34:50
             Jersey Shore University Medical Center,    1945 Rt 33,    Neptune, NJ 07753-4896
517465137   EDI: PRA.COM May 31 2019 03:13:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
             POB 41067,    Norfolk VA 23541
517409478   EDI: Q3G.COM May 31 2019 03:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
             PO Box 788,    Kirkland, WA  98083-0788
517409479   EDI: Q3G.COM May 31 2019 03:13:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
             PO Box 788,    Kirkland, WA  98083-0788
517326517   EDI: DRIV.COM May 31 2019 03:13:00      Santander Consumer USA,    PO Box 961245,
             Fort Worth, TX 76161-0244
517355434  +EDI: DRIV.COM May 31 2019 03:13:00      Santander Consumer USA Inc.,    POB 961245,
             Ft. Worth, TX 76161-0244
517350330  +EDI: DRIV.COM May 31 2019 03:13:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
             Dallas, TX 75356-0284
517327514  +EDI: RMSC.COM May 31 2019 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
517326513 ##+Jersey Shore OP-Meridian Healthsystems,    Attn: Certified Credit & Collection Bur,    PO Box 336,
             Raritan, NJ 08869-0336
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: May 30, 2019
                               Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Anthony   Cecala, Sr. cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```